**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6943

CHRISTOPHER MICHAEL WATKINS,

Plaintiff - Appellant,

versus

B. G. COMPTON,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Jackson L. Kiser, Senior District Judge.  (CA-04-251-7)

Submitted:  January 10, 2005          Decided:  April 25, 2005

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Michael Watkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Michael Watkins, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000) for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Watkins v. Compton, No. CA-04-251-7 (W.D. Va., filed May 14, 2004; entered May 17, 2004); see also Pelissero v. Thompson, 170 F.3d 442, 445 (4th Cir. 1999); Moscato v. Federal Bureau of Prisons, 98 F.3d 757, 760 (3d Cir. 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED